# EXHIBIT 1

Case Number: PC-2019-4330
Filed in Providence/Bristol County Superior Court
Submitted: 4/11/2019 10:56 AM
Envelope: 2015466
Reviewer: Brittany A.

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

# SUPERIOR COURT
## SUMMONS

| | Civil Action File Number<br>PC-2019-4330 |
|---|---|
| **Plaintiff**<br>Rachel Rojanski<br>v.<br>**Defendant**<br>Brown University | **Attorney for the Plaintiff or the Plaintiff**<br>Chip Muller |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>MULLER LAW LLC<br>47 WOOD AVENUE<br>BARRINGTON RI  02806 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant** Thomas R. Bender, Esq.<br>No Known Address   Office of General Counsel<br>Brown Univeristy<br>P.O. Box 1913<br>Providence, RI  02903<br>Email:<br>Thomas_bender@brown.edu |

TO THE DEFENDANT, Brown University:

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 3/29/2019. | /s/ Henry Kinch<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2014)

Case Number: PC-2019-4330
Filed in Providence/Bristol County Superior Court
Submitted: 4/11/2019 10:56 AM
Envelope: 2015466
Reviewer: Brittany A.

Case 1:19-cv-00193-JJM-PAS   Document 1-1   Filed 04/18/19   Page 3 of 5 PageID #: 9

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## SUPERIOR COURT

| Plaintiff<br>Rachel Rojanski<br>   v.<br>Defendant<br>Brown University | Civil Action File Number<br>PC-2019-4330 |
|---|---|

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Brown University, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally. _Walt R_____
                                          Stephen / mowT/

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person of suitable age and discretion _____
    Address of dwelling house or usual place of abode _____
    _____
    Age _____
    Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
    Name of authorized agent _____
    If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
    _____

☐ With a guardian or conservator of the Defendant.
    Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
    Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2014)

Case Number: PC-2019-4330
Filed in Providence/Bristol County Superior Court
Submitted: 4/11/2019 10:36 AM
Envelope: 2015466
Reviewer: Brittany A.

Case 1:19-cv-00193-JJM-PAS   Document 1-1   Filed 04/18/19   Page 4 of 5 PageID #: 10

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
☐ By delivering said papers to an officer or a managing or general agent.
  Name of person and designation _____
☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name of person and designation _____
☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ I was unable to make service after the following reasonable attempts: _____
_____

SERVICE DATE: 4/8/19       SERVICE FEE $ 45
         Month Day Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

_Rnll Amm #8_

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
Signature

State of _____
County of _____

On this _____ day of _____, 20___, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2014)

Case Number: PC-2019-4330
Filed in Providence/Bristol County Superior Court
Submitted: 4/11/2019 10:56 AM
Envelope: 2015466
Reviewer: Brittany A.



SC-CMS-1 (revised July 2014)